# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: IVEMEYER, DONALD W.        § Case No. 09-00328
                                  §
                                  §
                                  §
Debtor(s)                         §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $169,750.00 | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $8,522.95 | Claims Discharged Without Payment: $24,983.38 |
| Total Expenses of Administration: $1,780.23 | |

3) Total gross receipts of $ 10,303.18  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $10,303.18 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $167,356.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 1,780.23 | 1,780.23 | 1,780.23 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from Exhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 31,521.00 | 20,943.33 | 20,943.33 | 8,522.95 |
| **TOTAL DISBURSEMENTS** | $198,877.00 | $22,723.56 | $22,723.56 | $10,303.18 |

4) This case was originally filed under Chapter 7 on January 07, 2009. . The case was pending for 20 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/08/2010         By: /s/MICHAEL G. BERLAND
                                 Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| checking and savings aurora earthmover-unschedul | 1229-000 | 5,300.00 |
| Preference or fraudulent transfer-unschedul | 1241-000 | 5,000.00 |
| Interest Income | 1270-000 | 3.18 |
| **TOTAL GROSS RECEIPTS** | | **$10,303.18** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| N/A | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| WELL FARGO | 4110-000 | 154,000.00 | N/A | N/A | 0.00 |
| GMAC | 4210-000 | 13,356.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | **$167,356.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (9/1/2009)**

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | 2100-000 | N/A | 1,780.23 | 1,780.23 | 1,780.23 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 1,780.23 | 1,780.23 | 1,780.23 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CHASE BANK USA, NA | 7100-000 | 3,889.00 | 5,200.38 | 5,200.38 | 2,116.31 |
| FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | 15,069.00 | 15,742.95 | 15,742.95 | 6,406.64 |
| Capital 1 Bank | 7100-000 | 12,500.00 | N/A | N/A | 0.00 |
| Earthmovers Cu | 7100-000 | 63.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

| TOTAL GENERAL UNSECURED CLAIMS | 31,521.00 | 20,943.33 | 20,943.33 | 8,522.95 |

UST Form 101-7-TDR (9/1/2009)

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

Case Number: 09-00328  
Case Name: IVEMEYER, DONALD W.  
Period Ending: 09/08/10

Trustee: (520196) MICHAEL G. BERLAND  
Filed (f) or Converted (c): 01/07/09 (f)  
§341(a) Meeting Date: 02/02/09  
Claims Bar Date: 06/01/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1 Winrock Road, Montgomery, il 60538-scheduled | 163,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | cash on hand-scheduled<br>Later amended to $6000 after Trustee discovered certain assets | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | checking and savings aurora earthmover-unschedul (u)<br>Monies taken out from 401k and deposited were not initally listed on schedules | 1,700.00 | 5,300.00 | DA | 5,300.00 | FA |
| 4 | home furnishings-scheduled | 750.00 | 0.00 | DA | 0.00 | FA |
| 5 | clothing and shoes-scheduled | 300.00 | 0.00 | DA | 0.00 | FA |
| 6 | 2002 blazer-scheduled | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | Preference or fraudulent transfer-unschedul (u)<br>The 401k transfer was listed on the statement of financial affairs but it was not listed as an asset. | 0.00 | 5,000.00 | | 5,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 3.18 | Unknown |
| 8 | Assets    Totals (Excluding unknown values) | $169,750.00 | $10,300.00 | | $10,303.18 | $0.00 |

**Major Activities Affecting Case Closing:**

The Trustee filed a Motion To Authorize Settlement of a preference and/or fraudulent conveyance and liquidated non exempt monies in a bank account. The Trustee filed his Final Report and made the distribution to creditors.

Initial Projected Date Of Final Report (TFR):   December 31, 2013          Current Projected Date Of Final Report (TFR):   December 31, 2013

Printed: 09/08/2010 12:59 PM   V.12.52

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 09-00328 | | Trustee: | MICHAEL G. BERLAND (520196) |
| Case Name: | IVEMEYER, DONALD W. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****22-65 - Money Market Account |
| Taxpayer ID #: | **-***4805 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 09/08/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/09/09 | {3} | Earthmover Credit Union | Payment of non-exempt monies from bank account | 1229-000 | 5,300.00 | | 5,300.00 |
| 03/27/09 | {7} | Earthmover Credit Union | Settlement of fraudulent conveyance per court order | 1241-000 | 5,000.00 | | 10,300.00 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.15 | | 10,300.15 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.42 | | 10,300.57 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.40 | | 10,300.97 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.44 | | 10,301.41 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.43 | | 10,301.84 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.43 | | 10,302.27 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.42 | | 10,302.69 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.42 | | 10,303.11 |
| 11/05/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.07 | | 10,303.18 |
| 11/05/09 | | To Account #*********2266 | Transfer for purpose of final distribution | 9999-000 | | 10,303.18 | 0.00 |
| | | | ACCOUNT TOTALS | | 10,303.18 | 10,303.18 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 10,303.18 | |
| | | | Subtotal | | 10,303.18 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $10,303.18 | $0.00 | |

{} Asset reference(s)

Printed: 09/08/2010 12:59 PM    V.12.52

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 09-00328 | | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|---|
| Case Name: | IVEMEYER, DONALD W. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****22-66 - Checking Account |
| Taxpayer ID #: | **-***4805 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 09/08/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/05/09 | | From Account #********2265 | Transfer for purpose of final distribution | 9999-000 | 10,303.18 | | 10,303.18 |
| 11/10/09 | 101 | MICHAEL G. BERLAND | Dividend paid 100.00% on $1,780.23, Trustee Compensation; Reference: | 2100-000 | | 1,780.23 | 8,522.95 |
| 11/10/09 | 102 | CHASE BANK USA, NA | Dividend paid 40.69% on $5,200.38; Claim# 1; Filed: $5,200.38; Reference: | 7100-000 | | 2,116.31 | 6,406.64 |
| 11/10/09 | 103 | FIA CARD SERVICES, NA/BANK OF AMERICA | Dividend paid 40.69% on $15,742.95; Claim# 2; Filed: $15,742.95; Reference: | 7100-000 | | 6,406.64 | 0.00 |
| | | | ACCOUNT TOTALS | | 10,303.18 | 10,303.18 | $0.00 |
| | | | Less: Bank Transfers | | 10,303.18 | 0.00 | |
| | | | Subtotal | | 0.00 | 10,303.18 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $10,303.18 | |

() Asset reference(s)                                                                           Printed: 09/08/2010 12:59 PM    V.12.52

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

| | |
|---|---|
| Case Number: 09-00328 | Trustee: MICHAEL G. BERLAND (520196) |
| Case Name: IVEMEYER, DONALD W. | Bank Name: The Bank of New York Mellon |
| | Account: 9200-*******22-65 - Money Market Account |
| Taxpayer ID #: **-***4805 | Blanket Bond: $5,000,000.00 (per case limit) |
| Period Ending: 09/08/10 | Separate Bond: N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

{} Asset reference(s)

Printed: 09/08/2010 12:59 PM    V.12.52

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: 09-00328 | Trustee: MICHAEL G. BERLAND (520196) |
| Case Name: IVEMEYER, DONALD W. | Bank Name: The Bank of New York Mellon |
| | Account: 9200-******22-66 - Checking Account |
| Taxpayer ID #: **-***4805 | Blanket Bond: $5,000,000.00 (per case limit) |
| Period Ending: 09/08/10 | Separate Bond: N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****22-65 | 10,303.18 | 0.00 | 0.00 |
| Checking # ***-*****22-66 | 0.00 | 10,303.18 | 0.00 |
| MMA # 9200-******22-65 | 0.00 | 0.00 | 0.00 |
| Checking # 9200-******22-66 | 0.00 | 0.00 | 0.00 |
| | $10,303.18 | $10,303.18 | $0.00 |